P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.

GEORGE A. DANGLER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. PAUL J. HAND et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. JOHN BUSACKER, JR., et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. ROBERT F. LEININGER, Individually and as Parent and Natural Guardian of HEATHER L. LEININGER, an Infant, et al., Appellants-Respondents, v TOWN OF WHITESTOWN, Respondent-Appellant. (Appeal No. 5.) [671 NYS2d 378]—Judgment unanimously reversed, on the law, with costs to plaintiffs, and new trial granted. Same opinion by Denman, P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.

GEORGE A. DANGLER et al., Appellants, v TOWN OF WHITESTOWN, Respondent. PAUL J. HAND, Individually and as Parent and Natural Guardian of AMANDA E. HAND, an Infant, et al., Appellants, v TOWN OF WHITESTOWN, Respondent. JOHN BUSACKER, JR., et al., Appellants, v TOWN OF WHITESTOWN, Respondent. ROBERT F. LEININGER, Individually and as Parent and Natural Guardian of HEATHER L. LEININGER, an Infant, et al., Appellants, v TOWN OF WHITESTOWN, Respondent. RUSSELL RAUSCHER et al., Appellants, v TOWN OF WHITESTOWN, Respondent. (Appeal No. 6.) [671 NYS2d 398]—Appeals unanimously dismissed, without costs. Same opinion by Denman, P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.